```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHEKEMA YOUNG,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

25-cv-01378 (JHR)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

Leave to proceed in this Court without prepayment of fees is authorized. See 28 U.S.C. § 1915.

      **SO ORDERED.**

Dated: February 26, 2025
       New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge