UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
SHEKEMA YOUNG,

                    Plaintiff,                ORDER

                                      1:25-cv-01378-GRJ

       v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
--------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

Pending before the Court is the Stipulation, filed by the parties. (Docket No. 25.) The parties stipulate and agree that the Commissioner's decision should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings to include the opportunity for a new hearing and a new decision.

1

The Clerk is directed to terminate Plaintiff's Motion for Judgment on the Pleadings, (Docket No. 16), enter final judgment in favor of Plaintiff and then close the file.

Dated: November 26, 2025                    SO ORDERED:

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

2