**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

SHEKEMA YOUNG,

                        Plaintiff,                   25 **CIVIL** 1378 (GRJ)

     -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 26, 2025, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action.

**Dated:** New York, New York

      November 26, 2025

                                         **TAMMI M. HELLWIG**

                                      _____

                                        **Clerk of Court**

                     **BY:**   _____
                                   **Deputy Clerk**